

Rev.1/17/01

## DOCKET ENTRIES

Date: 6/27/12   Adversary No. _____   Case No: 11-23797

Clerk, Please enter the following ORDER on Docket Sheet:

1. ( ) Attorney(s) _____ for _____ report(s) to Court (by phone) that _____ by _____ has been settled and that _____ prepared by _____ will be filed with the Court within ____ days. SO ORDERED.

2. ( ) Attorney(s) _____ for _____ report(s) to Court (by phone) (files motion) that the parties are attempting to settle _____ by _____, and jointly request (Hearing)(Prehearing)(Pretrial)(Status Conference) thereon be continued generally to be reset on Motion of either party. (If no agreed order is filed in ____ days, Court will reset on own Motion). SO ORDERED.

3. ( ) Attorney(s) _____ for _____ report(s) to Court (by phone) (files motion) on _____ by _____ that ( _____ ) the parties are attempting to settle the same, and jointly request reset of (Hearing)(Prehearing)(Pre-trial)(Status Conference). The foregoing is hereby reset for the ____ day of _____ 200__ at ____ o'clock ___.M. SO ORDERED.

4. ( ) ~~(Hearing) (Prehearing) (Pretrial)~~ (Status Conference) held on __Confirmation of Plan__ by __Debtor(s)__ Debtor(s) appear(s) by counsel __Trustee__ appear(s) by counsel. Submitted, ~~The Court finds as follows: (The parties)~~ ( __The Court Approves Agreed Entry between Trustee and Debtor(s) in Separate Document. Trustee moves that Court Confirm Plan of Debtor(s) without further Notice and Hearing based on said Agreed Entry. So Ordered. Confirmation Order entered upon separate document.__ ~~) (stipulate(s) (report(s) as follows:)~~ (Motion) (Objection) (Granted) ~~(Denied)(Sustained)(under advisement). (Court approves said stipulation subject to any proper notice required to creditors).~~ SO ORDERED. ~~Counsel for _____ to file separate (Order) (Document) ( _____ ) accordingly within ____ days.~~

5. ( ) (Hearing) (Prehearing) (Pretrial) (Status Conference) held on _____ by _____. Debtor(s) appear(s) by counsel _____ appear(s) by counsel. (The parties) ( _____ ) (stipulate(s) (report(s)) as follows: _____ _____ _____. SO ORDERED. The foregoing is set for _____ on _____, 200__ at ____o'clock __.M. SO ORDERED. (If no _____ is filed in ____ days, the Court shall reset this matter on its own motion).

__Clerk: (1) Enter this Docket Entry (2) then Enter Agreed Entry Below; and (3) then Enter Confirmation Order Below.__

Sec.: Please enter this Chapter ____ ;case in computer diary for _____ Action to be taken: ____ Done ____

**CLERK**: PLEASE SEND COPY OF DOCKET SHEET TO EACH ATTORNEY OF RECORD OR IF PARTY HAS NO ATTORNEY, TO THAT PARTY.
**CLERK**: PLEASE DIARY THIS CASE ____ DAYS AND (CONTACT ATTY _____ ) (BACK TO CT) IF _____ (IF ABOVE NOT COMPLETED).