UNITED STATES BANKRUPTCY COURT     WE-34C
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT HAMMOND

IN RE )
)
Donna Oliver-White )  BANKRUPTCY NO. 11-23797
         Debtor(s) )

### AGREED IMMATERIAL MODIFICATION OF PLAN AND ORDER

Comes now Debtor(s) and (Chapter 13 Trustee Chael), and (_____ ("Creditor")) on the above-captioned Chapter 13 case and show the court that on _____, 200\_\_ the Debtor(s) filed a Chapter 13 plan.

The Debtor(s) and the (Trustee) (Creditor) hereby stipulate to the following modification of said plan which they deem to be immaterial, and which they hereby move the Court to approve without further notice and opportunity for hearing by creditors and parties in interest.

It is hereby Agreed by and between the Debtor(s) and the (Trustee) (Creditor) that said plan be modified as follows: That the debtor will surrender her interest in a refrigerator secured by HSBC and treat any claim by HSBC as unsecured.

And the Court having examined said stipulated modification of the plan, and being duly advised in the premises finds that said proposed modification does not materially change the treatment of creditors, reduce the dividend to unsecured creditors, extend the time for payment to unsecured creditors, or effect the feasibility of the plan, and that said proposed immaterial modification should be and is hereby approved without further notice or opportunity for hearing by any creditors, and that the holder of any claim or interest that has previously accepted or rejected the plan, as the case may be is deemed to have accepted the plan as modified.

**SO ORDERED.**

Dated: Jun 27, 2012

_____
JUDGE, U.S. BANKRUPTCY COURT

Distribution
Debtor(s), Attorney for Debtor(s)
Creditor's Attorney (if applicable)
Trustee, U.S. Trustee

EXAMINED AND APPROVED:

_____
Attorney for Debtor(s)

_____
Trustee Chael

_____
Attorney for Creditor

Rev. 05/05/03